UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANIKKA NICOLE KING,

    Plaintiff,

v.                                            No.3:05-cv-1235-J-12HTS

ELI LILY and COMPANY, etc.,

    Defendant.

---

## ORDER OF RECUSAL

Upon review of the Defendant's Motion for Enlargement of Time to Serve Answer (Doc.5), the Court notes that the Defendant is represented by attorneys from the law firm of Holland & Knight LLP. The son of the undersigned is the managing partner of Holland & Knight LLP. Accordingly, the undersigned will recuse himself in this case. See 28 U.S.C. § 455. Therefore, it is

**ORDERED AND ADJUDGED:**

That the undersigned hereby recuses himself from all further proceedings in this case and the Clerk shall reassign the case.

**DONE AND ORDERED** this ___4th___ day of January 2006.

*Howell W. Melton*
Senior United States District Judge

C:    Counsel of Record