**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ANIKKA NICOLE KING,

    Plaintiff,

v.                                    Case No. 3:05-cv-1235-J-33HTS

ELI LILY AND COMPANY,
a Foreign Corporation,

    Defendant.
_____

**O R D E R**

    This cause is before the Court on the Defendant's Third Motion to Compel and Motion to Extend Discovery (Docs. ##25, 26; Motions), to which no opposition has been filed pursuant to Rule 3.01(b), Local Rules, United States District Court, Middle District of Florida.

    As documented by the orders of this Court, the instant dispute represents the third consecutive time Plaintiff has failed to respond to a request to compel discovery. *See* Order (Doc. #22); Order (Doc. #24) (also warning that "[r]epeated noncompliance with the Court's orders may result in a recommendation this case be dismissed for failure to prosecute"). The Motions describe "Plaintiff's repeated failure to comply with the Federal Rules of Civil Procedure, her own agreed-to obligations, and multiple orders[.]" Motions at 7.

Accordingly, upon due consideration, the Motions (Docs. ##25, 26) are **GRANTED** to the extent Plaintiff shall, within three (3) days from the date of this Order, "comply with all outstanding discovery obligations, provide at least three alternative proposed deposition dates[,] . . . pay [Defendant] $2,114.00 in compliance with the Court's September 12 Order[,]" and $1,178.00 for attorney fees in connection with preparation of the second motion to compel. Motions at 7.  The discovery period is extended until "October 31, 2006 for the limited purpose of Lilly taking Plaintiff's deposition and any follow-up depositions [thereby] revealed as necessary[.]" *Id.*  Further, within five (5) days from the date of this Order, the parties shall meet and attempt to agree upon an appropriate sum representing Defendant's attorney fees and costs in connection with preparation of the instant motion to compel, which are to be reimbursed by Plaintiff.  If agreement cannot be reached, Defendant shall file a further motion with attached affidavits sufficient to demonstrate the reasonable fees and expenses incurred.  Finally, Plaintiff is directed to **SHOW CAUSE**, within five (5) days from the date of this Order, why this case should not be dismissed for failure to prosecute.

**DONE AND ORDERED** at Jacksonville, Florida this 12th day of October, 2006.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
 *pro se* parties, if any